# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA C. BUCHMULLER, ) | Case No. EDCV 07-1622-JTL |
|         Plaintiff, ) | |
| ) | **J U D G M E N T** |
|   v. ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|         Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: November 21, 2008

                                               /s/
                                   JENNIFER T. LUM
                                   UNITED STATES MAGISTRATE JUDGE