1  Law Offices of Bill LaTour
2  Bill LaTour [SBN: 169758]
       11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 CECILIA BUCHMULLER,            )   No.  EDCV 07-1622 JTL
11                                )
        Plaintiff,                )   [PROPOSED] ORDER AWARDING
12                                )   EAJA FEES
        v.                        )
13                                )
14 MICHAEL J. ASTRUE,             )
   COMMISSIONER OF SOCIAL         )
15 SECURITY,                      )
16                                )
        Defendant.                )

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20 awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21 THREE THOUSAND TWO HUNDRED DOLLARS and 00/cents ($3,200.00), as
22 authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced
23 Stipulation.
24
25 DATED: December 18, 2008    /s/Jennifer T. Lum_____
26                              HON. JENNIFER T. LUM
                                UNITED STATES MAGISTRATE JUDGE
27
28

-1-